

**north carolina**
**JUSTICE CENTER**

September 7, 2022

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main St., Suite 501
Richmond, VA 23219

Re:     Citation of Supplemental Authority
        *Farm Labor Organizing Committee v. Stein*, No. 21-1499

Dear Ms. Connor:

Pursuant to Rule 28(j), Fed. R. Civ. P., and Local Rule 28(e), Plaintiffs-Appellants write to notify this Court of the Seventh Circuit's decision in *Luna Vanegas v. Signet Builders, Inc.*, __ F.4th __, No. 21-2644, 2022 WL 3572769 (7th Cir. August 19, 2022).

In this decision, the Seventh Circuit noted the history of the agricultural exemptions to the Fair Labor Standards Act (FLSA), and observed that "when Congress passed [the FLSA], influential lawmakers from the South demanded that the Act exclude farmworkers, thereby ensuring that Southern farms could continue paying low wages to their predominantly Black agricultural crews." As support, the court cited to an article by Marc Linder, *Farm Workers and the Fair Labor Standards Act: Racial Discrimination in the New Deal*, 65 TEX. L. REV. 1335, 1371-80 (1987), and pointed out that those exemptions continue today. *Luna Vanegas*, 2022 WL 3572769, at *2.

Like the plaintiff in *Luna Vanegas*, Plaintiff-Appellant Valentín Alvarado Hernández is an H-2A guestworker from Mexico. In their Opening Brief, Plaintiffs-Appellants similarly refer to the racially discriminatory history of exempting farmworkers from labor and employment protections, and cite Professor Linder's article as one of several sources discussing this history. Doc. 32 at 42-44. The Seventh Circuit's acknowledgement of this historical discrimination lends additional support for Plaintiffs-Appellants' arguments that this Court should review their equal protection claims under, at minimum, a heightened level of scrutiny because of the racialized history of excluding farmworkers from labor protections enjoyed by other workers. *See* Doc. 32 at 40-49.

Sincerely,

*Carol Brooke*

Carol Brooke
Attorney for Plaintiffs-Appellants

P.O. Box 28068 | 224 S. Dawson Street | Raleigh, North Carolina 27611-8068 | 919.856.2570 | 919.856.2175 fax | contact@ncjustice.org